IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § § |
| Plaintiff, | § Case No: 6:21-cv-00046-NKM |
| | § |
| vs. | § PATENT CASE |
| | § |
| TRACK YOUR TRUCK, INC., | § § |
| Defendant. | § § § |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" and/or "SPIS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Track Your Truck, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: November 1, 2021.                Respectfully submitted,

*/s/ James Bowman*
James Bowman #72752
Lextas IP
Post Office Box 5771
Midlothian, Virginia 23112
804.489.6209
jim@lextas.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on November 1, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/ James Bowman*
James Bowman
